UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

JOHN GRAVES,

       *Plaintiff*,

v.

JOHN WETZEL, *et al.*

       *Defendants*.

Civil Action No. 15-cv-205 Erie

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendant O'Rourke is **DISMISSED** without prejudice.

(3) The Clerk shall send copies of this Order to the parties.

    **SO ORDERED.**

DATED this 26th day of April, 2017.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE